KATARZYNA PASIAK, Individually and as Administratrix of the Estate of MICHAEL PASIAK, Deceased, Appellant, *v.* INTERNATIONAL RAILWAY COMPANY, Respondent, Impleaded with Others.

(Submitted April 27, 1936; decided May 1, 1936.)

*Clarence R. Runals* for motion.
*George E. Phillies* opposed.

Motion denied.